IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GRACIE LYNN ARNOLD                                                     PLAINTIFF

v.                             No. 4:12-cv-447-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                         DEFENDANT

JUDGMENT

The Court affirms the Commissioner's decision and dismisses Arnold's complaint with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

24 July 2013